**United States District Court**
For the Northern District of California

1

2

3

4

5

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8

9    COMMUNITY FUND LLC,                    No. C-12-03270 DMR

10            Plaintiff(s),                 **ORDER CONTINUING INITIAL CASE**
                                            **MANAGEMENT CONFERENCE**
11        v.

12   KENNETH GRIMES,

13            Defendant(s).
     _____/

14

15   TO ALL PARTIES AND COUNSEL OF RECORD:

16        The Initial Case Management Conference previously scheduled for September 26, 2012 has

17   been CONTINUED to **October 31, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court,

18   1301 Clay Street, Oakland, California 94612. The Case Management Statement is due no later than

19   **October 24, 2012.**

20

21        IT IS SO ORDERED.

22

23   Dated: September 25, 2012

24                                          _____
                                            DONNA M. RYU
25                                          United States Magistrate Judge

26

27

28