UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY FUND LLC, | No. C-12-03270 DMR |
| Plaintiff(s), | **ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | |
| KENNETH GRIMES, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The Initial Case Management Conference previously scheduled for September 26, 2012 has been CONTINUED to **October 31, 2012 at 1:30 p.m.**, Courtroom 4, 3rd Floor, U.S. District Court, 1301 Clay Street, Oakland, California 94612.  The Case Management Statement is due no later than **October 24, 2012.**

IT IS SO ORDERED.

Dated:  September 25, 2012

_____
DONNA M. RYU
United States Magistrate Judge