IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITY FUND LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>KENNETH GRIMES,<br><br>       Defendant.<br>                                 / | No. C 12-03270 SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE** |

     Currently before the Court is Magistrate Judge Donna Ryu's October 30, 2012 Report and Recommendation. In her Report and Recommendation, Judge Ryu found that there is no jurisdiction over this action removed from Alameda County Superior Court, because there are no federal claims alleged in the underlying unlawful detainer complaint. Judge Ryu's Report and Recommendation was served on defendant Gimes by mail. No objections to the Report and Recommendation were filed by the November 16, 2012 deadline.

     The Court has reviewed the Notice of Removal and Judge Ryu's Report and Recommendation, and finds that removal was improper and that this Court lacks jurisdiction for the reasons stated in the Report and Recommendation. Accordingly, the Court ADOPTS the Report and Recommendation and REMANDS this case to the Superior Court for the County of Alameda.

**IT IS SO ORDERED.**

Dated: November 19, 2012

                                                               SUSAN ILLSTON<br>                                                               United States District Judge